1  BIRNBERG & ASSOCIATES
   CORY A. BIRNBERG (SBN 105468)
2  1083 Mission St., Third Floor
   San Francisco, California 94103
3  Telephone Number: (415) 398-1040
   Facsimile Number: (415) 398-2001
4

5  Attorneys for Plaintiff,
   JONAS ROWE
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 JONAS ROWE, an individual,            )   Case No.   C 11-4979 CW
                                         )
12         Plaintiff,                    )   (Proposed)
                                         )   ORDER RE APPEARANCE AT
13                                       )   CASE MANAGEMENT
                                         )   CONFERENCE
14      vs.                              )
                                         )
15 HORNBLOWER FLEET, its engines,        )   Date: January 18, 2012
   tackle, equipment, furnishings, and   )   Time: 2:00 p.m.
16 machinery, *in rem*, HORNBLOWER       )   Place: Courtroom 2
   CRUISES AND EVENTS, a business entity )   4th Floor, 1301 Clay St. Oakland CA
17 of unknown form, *in*,                )   94612
                                         )
18         Defendants.                   )
19 _____)

20     Based upon the request of the Plaintiff's trial counsel to appear by telephone, or in

21 the alternative, an attorney from the Plaintiff's counsels office familiar with the case, and

22 good cause appear therefor,

23     IT IS SO ORDERED that Plaintiff's trial counsel may appear by telephone, or an

24 attorneys from Plaintiff's office familiar with the case may appear.

25

26 Dated: 1/17/2012

27                                           B: _____
                                             The Honorable Claudia Wilken
28                                           United States District Court Judge

Order re Appearance At Case Management Conference Statement    1                    Case No.: C 11-4979 CW