# BIRNBERG & ASSOCIATES

Cory A. Birnberg, P.C.
———

ATTORNEYS AT LAW

1083 MISSION STREET THIRD FLOOR
SAN FRANCISCO, CALIFORNIA 94103

TEL  (415) 398-1040
FAX  (415) 398-2001
E-MAIL  birnberg@birnberg.com

March 23, 2012

**<u>VIA ECF Filing</u>**

Magistrate Joseph C. Spero
U.S. District Court-Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *Jonas Rowe vs. Hornblower Cruises*
           Case No.: C 11-04979 CW
           Case Management Conference on March 30, 2012
           <u>Our File No: 2956</u>

Dear Judge Spero:

    We represent Plaintiff in the above referenced action and I will be the trial counsel. We have a CMC scheduled on March 30, 2012. Unfortunately, I am scheduled to be in a mediation that day.

    Therefore, I would like your permission to attend the CMC by telephone. The contact telephone number is 415-674-8884 (ext. 240). I will be at Harris Weinberg's office and Linda Frost, secretary will answer. She is so advised and has agreed..

    In the alternative, I would like to send another attorney to attend the CMC, Rachel Gendell. Ms. Gendell has worked on this case and is familiar with it and she will have a copy of my calendar in order to schedule a date for trial.

    Please let me know which option you prefer. Thank you for your anticipated understanding and cooperation, it is greatly appreciated.

                               Sincerely yours,
                               BIRNBERG & ASSOCIATES
                               */s/ Cory A. Birnberg*
                               Cory A. Birnberg

 CAB:rsg

IT IS HEREBY ORDERED that Mr. Birnberg may appear by phone at the CMCon 3/30/12. Mr. Birnberg shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: March 26, 2012

