# COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

| | | |
|---|---|---|
| TERENCE S. COX | | MAX LEE KELLEY |
| RICHARD C. WOOTTON* | ATTORNEYS AT LAW | COURTNEY M. CRAWFORD |
| MITCHELL S. GRIFFIN | 190 THE EMBARCADERO | JODY T. MCCORMACK |
| RUPERT P. HANSEN, JR. | SAN FRANCISCO, CALIFORNIA 94105 | MARC A. CENTOR |
| GREGORY W. POULOS | | MARK E. TEPPER |
| MARC T. CEFALU | TELEPHONE: (415) 438-4600 | CHRISTOPHER S. KIELIGER |
| GALIN G. LUK | FACSIMILE: (415) 438-4601 | |
| *ALSO ADMITTED IN HAWAII | WEBSITE: http://www.cwghp.com | |

August 1, 2012

**VIA E-FILING/EMAIL**
Magistrate Joseph C. Spero
U.S. D.C., Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

    Case: C 11-04979 JCS – Case Management Conference on Aug. 3, 2012
    *Jonas Rowe v. Hornblower Fleet, its engines, tackle, equipment, furnishings, and machinery, in rem, Hornblower Cruises and Events, a business entity of unknown form, in personam*

Hon. Joseph Spero:

  We represent defendant Hornblower in the above action and will be trial counsel. A Case Management Conference is scheduled for August 3, 2012.

  I have been without a secretary for a few weeks and am therefore just now E-filing this letter today. I ask permission to attend the CMC by telephone. My contact number is 415-438-4600, x. 211.

  Thank you for your understanding and anticipated cooperation.

Sincerely,

/s/ Richard C. Wootton
Richard C. Wootton
COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP

IT IS HEREBY ORDERED THAT
Mr. Wootton shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 8/1/12

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*